UNITED STATES *v.* L. BAMBERGER & CO.

No. 7242.—Invoice dated Belfast, Ireland, July 2, 1946.
  Certified July 2, 1946.
  Entered at Newark, N. J., July 25, 1946.
  Entry No. N–89.

(Decided May 15, 1947)

*Paul P. Rao,* Assistant Attorney General, for the plaintiff.
*Strauss & Hedges (Hadley S. King* of counsel) for the defendant.

KINCHELOE, Judge: This appeal for reappraisement has been submitted for decision upon the following stipulation of counsel for the parties hereto:

It is hereby stipulated and agreed by and between the attorneys for the parties hereto that the entered and appraised values of the merchandise covered by the above entitled appeal to reappraisement is equal to the price at the time of exportation of such merchandise to the United States at which such or similar merchandise was freely offered for sale to all purchasers in the principal markets of the country from which exported, in the usual wholesale quantities, in the ordinary course of trade, for exportation to the United States, and that the foreign value of such or similar merchandise is no higher.

It is further stipulated and agreed that the instant case be submitted on the foregoing stipulation.

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the entered and appraised values.

Judgment will be rendered accordingly.